# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEJANDRO BECERRA, <br><br> Defendant. | No. 15-CR-2037-LRR <br><br> **ORDER** |

On August 16, 2016, the court accepted the jury verdict finding Defendant Alejandro Becerra guilty of Count 1 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Count 1 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant is to remain in custody pending sentencing.

5. The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service." LR 47; LCrR 24.1.

**IT IS SO ORDERED.**

**DATED** this 16th day of August, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA